**STATE of Missouri, Respondent,**

v.

**Bradley H. LOCKENVITZ, Appellant.**

**No. WD 59394.**

Missouri Court of Appeals,
Western District.

Dec. 18, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Daniel H. Miller, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst.

Atty. Gen., Kansas City, MO, for Respondent.

Before PATRICIA A. BRECKENRIDGE, P.J., THOMAS H. NEWTON and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Mr. Bradley H. Lockenvitz was convicted by a jury of forgery. He was sentenced to five years imprisonment and a $1,000 fine. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).